DocuSign Envelope ID: F0B242FE-008B-43C5-9E8E-736DF80728BF



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

————————————————————X

THOMAS J. OLSEN, Individually and on
behalf of all other persons similarly situated,

Plaintiff,

-against-

CASSENA CARE LLC, D/B/A UPPER
EAST SIDE REHABILITATION AND
NURSING CENTER,

Defendant.

————————————————————X

Index No.: 1:19-cv-01146-NGG-
RLM

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss

this action with prejudice, resolving all matters in dispute having been made and each party to bear

its own fees and costs.

Dated: _____July 1_____ 2019
New York, New York

Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, New York 10017-6705
Tel: (212) 392-4772
doug@lispkylowe.com
*Attorneys for Plaintiff*

Dated: __7 / 1 7 /__ 2019
Melville, New York

Adam G. Guttell
Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville, New York 11747
631.247.0404
Adam.Guttell@Jacksonlewis.com
*Attorneys for Defendant*

SO ORDERED:

Dated: New York, New York

Feb. 11 2020, 2019

s/Nicholas G. Garaufis

United States District Judge

12